UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PEDRO CERRITOS, on his own behalf
and others similarly situated

        Plaintiff,

v.                                              Case No:  2:14-cv-342-FtM-38MRM

PERFORMANCE PLUMBING OF
SOUTHWEST FLORIDA, INC.,
LARRY LANGLEY and RANDAL
LANGLEY,

        Defendants.
_____/

## ORDER[1]

This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. #67) filed on January 28, 2016.  Judge McCoy recommends granting the parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. #66) and approving the Settlement Agreements (Docs. #66-1, #66-2) as fair and reasonable resolutions of bona fide disputes under the Fair Labor Standards Act.  (Doc. #67).  The parties filed a Joint Notice alerting the Court that there are no objections to the Report.  (Doc. #68).  The matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

report and recommendation. See 28 U.S.C. § 636(b)(1); *see also* Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon consideration of Judge McCoy's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #67).

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #67) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.

2. The parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. #66) is **GRANTED**, and the Settlement Agreements (Docs. #66-1, 66-2) are **APPROVED** as fair and reasonable.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 19th day of February, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record